# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 20  PM 4:56

CLERK U.S. DISTRICT C...
...RICT OF CALIFORNIA

Cherie Alexander
    Plaintiff

vs

①: OAH Agency - Division of DGS
Hired by:
San Diego Unified School District
and Office of Administration
Hearing agency et al (Defendants)
Ahler/Brozio/Hjelt/Alvord as individuals also

**SUMMONS IN A CIVIL ACTION**

Case No.

BY:   PDU   DEPUTY

'07 CV 2397 BEN BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Cherie Alexander Proper
P.O. Box 230842
Encinitas Ca
    92023

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.

P. DELA CRUZ

12-20-07
_____
DATE

_____
By                    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

.ODMA\PCDOCS\WORDPERFECT\14443\1 May 5. 1999 (11 34am)